

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Rev. Leo Graves, Appellant

No. 06-13-00096-CV      v.

City of Carthage and Brenda Samford, City Manager, Appellees

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2013-304). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED NOVEMBER 7, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk